UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>CLIFTON ESKRIDGE III,<br><br><br>　　　　　Defendant. | ) Case No.: CR14-05050BHS<br>)<br>) ORDER GRANTING DEFENSE<br>) MOTION TO SEAL <u>EXHIBIT</u> D TO<br>) THE DEFENSE SENTENCING<br>) MEMORANDUM<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

　　This Court finds that the Motion and Proposed Order for sealing of <u>Exhibit</u> D to the Defense Sentencing Memorandum is a document that is appropriate for filing under seal.

NOW THEREFORE IT IS HEREBY ORDERED that <u>Exhibit</u> D to the Defense Sentencing Memorandum is sealed.

　　Dated this 21st day of May, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

Presented By:

s/ Jennifer Horwitz
Jennifer Horwitz WSBA#23695
Attorney for Clifton Eskridge III
LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. Box 70859
Seattle, WA 98127
Telephone: (206) 799-2797
E-mail: jennifer@seattlecriminalattorney.com