1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLIFTON ESKRIDGE III,

Defendant.

NO. CR14-5050BHS

GOVERNMENT'S ORDER TO SEAL
SUPPLEMENTAL SENTENCING
MEMORANDUM AND EXHIBITS
C AND D

Based on the Government's Motion to Seal in the above-captioned case and the

reasons set forth therein,

It is hereby ORDERED that the Government's Supplemental Sentencing

Memorandum and Exhibits C and D shall be sealed and remain sealed until further order

of the Court.

DATED this 21st day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney

GOVERNMENT'S [PROPOSED] ORDER TO SEAL - 1
*United States v. Eskridge*, CR14-5050BHS