UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>CLIFTON ESKRIDGE III,<br><br>　　　　　Defendant. | Case No.: CR14-05050BHS<br><br>ORDER GRANTING DEFENSE MOTION TO SEAL DEFENSE SENTENCING MEMORANDUM AND EXHIBITS A-C UNDER SEAL |

## ORDER

This Court finds that the Defense Sentencing Memorandum and all exhibits to that memorandum are documents that are appropriate for filing under seal.  NOW THEREFORE IT IS HEREBY ORDERED The Defense Sentencing Memorandum and all exhibits thereto shall be filed under seal.

Dated this 21st day of May, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

Presented By:


s/ Jennifer Horwitz
Jennifer Horwitz WSBA#23695
Attorney for Clifton Eskridge III
LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. Box 70859
Seattle, WA  98127
Telephone: (206) 799-2797
E-mail: jennifer@seattlecriminalattorney.com